THE STATE OF MISSOURI, Defendant in Error, *v.* THOMAS HURLEY, Plaintiff in Error.

1. State v. Warnke, *ante*, p. 451, affirmed.

*Error to Hannibal Court of Common Pleas.*

*A. J. Baker*, Attorney-General, for defendant in error.

*W. H. & G. F. Hatch*, for plaintiff in error.

CURRIER, Judge, delivered the opinion of the court

Counsel admit that the facts appearing in this record are identical, as to their legal effect, with the facts in the case of The State v. Warnke, *ante*, p. 451. Following that decision, the judgment will be affirmed. The other judges concur.